

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00818-CV

**IN THE INTEREST OF K.R.C.**, A Child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1390-CV-A
Honorable Dulce Madrigal, Judge Presiding

## O R D E R

The district clerk has filed the clerk's record and a certificate of notice of appeal indicating the Honorable Dulce Madrigal tape recorded the proceeding. We therefore **ORDER** the trial court coordinator to contact either the court reporter or court recorder to file the reporter's record by **March 13, 2020**. If the court recorder prepares the reporter's record, the court recorder must comply with Rules 13.2 and 34.6(a)(2) of the Texas Rules of Appellate Procedure by filing all tapes or audio-storage devices on which the proceedings were recorded, any of the exhibits, and certified copies of logs prepared. See Tex. R. App. P. 13.2, 34.6(a)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court